UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

IN RE: Ivory Lee Buie					CHAPTER 13 CASE NO: 04-30870

## TRANSMITTAL OF UNCLAIMED FUNDS

Now comes E. Eugene Hastings, Standing Chapter 13 Trustee, who reports the following:

1.

That pursuant to code section 347(a) of Title 11, ninety (90) days after the final distribution under Section 1326, the Trustee shall stop payment on any check remaining unpaid and any remaining property of the estate shall be paid into the Court for disposal under Chapter 129 of Title 28.

2.

That in the above styled matter, ninety (90) days or more has passed since final distribution was made and pursuant to Rule 3011, the name of party to whom such non-negotiated distribution check was issued, the amount of the check and the creditor's last known address is as follows:

Weltman Weinberg & Reis Co LPA
323 West Lakeside Ave 200
Cleveland, OH 44113

3.

The Trustee's check for $48.10 payable to the Clerk, U.S. Bankruptcy Court, is attached Respectfully submitted this 30th day of November 2009

/s/ E. Eugene Hastings
E. Eugene Hastings
Standing Chapter 13 Trustee
P. O. Box 14839
Monroe, LA 71207

CR# 519700 U-33/35; v0078429 r 0082147